IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLINTON LEE POORES, # 318593 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:22cv154-WHA-CSC |
| DEBORAH TONEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On April 5, 2022, the Magistrate Judge filed a Recommendation that this case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631. Doc. 3. Petitioner has filed an Objection to the Recommendation. Doc. 4. Upon an independent review of the record and upon consideration of the Recommendation and Petitioner's Objection, it is ORDERED that:

(1) Petitioner's Objection (Doc. 4) is OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 3) is ADOPTED; and

(3) this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631.

DONE this 14th day of April, 2022.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE